IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
FEB - 8 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GARRETT JEFFREY FREEMAN a/k/a Gee, *Defendant.* | Case No. CR 22-015-RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about July 21, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

### DISTRIBUTION OF FENTANYL
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about July 23, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about October 12, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FOUR

### POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about October 12, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

### POSSESSION OF A FIREARM IN FURTHERANCE OF
### A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about October 12, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, did knowingly possess the following firearm, to-wit:

- One (1) SIG SAUER, Model P365 SAS, 9x19mm caliber, semi-automatic pistol, bearing serial number 66A909726; and

- One (1) Smith & Wesson, Model M&P 45, .45 ACP caliber, semi-automatic pistol, bearing serial number NKX9694;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine as alleged in Count Three, and Possession with Intent to Distribute Fentanyl as alleged in Count Four, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

On or about October 12, 2021, in the Eastern District of Oklahoma, the Defendant, **GARRETT JEFFREY FREEMAN a/k/a Gee**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to wit:

- One (1) SIG SAUER, Model P365 SAS, 9x19mm caliber, semi-automatic pistol, bearing serial number 66A909726;

- One (1) Smith & Wesson, Model M&P 45, .45 ACP caliber, semi-automatic pistol, bearing serial number NKX9694;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Six of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A), and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and

841(b)(1)(C), the Defendant, **GARRET JEFFREY FREEMAN a/k/a Gee**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the Defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to the below firearms and ammunition:

- One (1) SIG SAUER, Model P365 SAS, 9x19mm caliber, semi-automatic pistol, bearing serial number 66A909726;
- One (1) Smith & Wesson, Model M&P 45, .45 ACP caliber, semi-automatic pistol, bearing serial number NKX9694;
- Ten (10) rounds of assorted brand 9x19mm caliber ammunition; and
- Twenty-one (21) rounds of assorted brand .45ACP caliber ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

KEVIN CHEUNG, NY Registration #4995916
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY